# IN THE SUPREME COURT OF PENNSYLVANIA
# WESTERN DISTRICT

| | |
|---|---|
| JEAN COULTER, | : No. 411 WAL 2014 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| JAMES E. MAHOOD, BRIAN MCKINLEY, | : |
| WILDER & MAHOOD, BUTLER COUNTY | : |
| CHILDREN AND YOUTH SERVICES, | : |
| THOMAS J. DOERR, ROCHELLE | : |
| GRAHAM, DENNIS MCCURDY, | : |
| ELIZABETH A. SMITH, SUSAN LOPE, | : |
| MELAINE S. ROTHEY, CHARLES J. | : |
| AVALLI, LOUIS C. LONG, | : |
| PENNSYLVANIA BAR ASSOCIATION | : |
| AND ALLEGHENY COUNTY BAR | : |
| ASSOCIATION, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.